UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE BEMENT,<br><br>        Plaintiff,<br><br>  -against-<br><br>ASTRAZENECA PHARMACEUTICALS LP,<br><br>        Defendant. | 25-cv-1280 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 Because plaintiff has filed an amended complaint, *see* Dkt. 12, defendant's motion to dismiss is DENIED as moot, *see* Dkt. 8. Plaintiff is directed to file a redline showing all differences between the original and amended complaints, per the Court's individual practices.

 The Clerk of Court is directed to terminate the motion at Dkt. 8.

 SO ORDERED.

Dated: April 2, 2025
   New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge