UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE BEMENT,

                Plaintiff,

      -against-

ASTRAZENECA PHARMACEUTICALS LP,

                Defendants.

25-CV-1280 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court granted plaintiff's counsel's motion to withdraw in error, so the Court WITHDRAWS that order. Dkt. 54.

The Court will hold a teleconference on **Thursday, March 19, 2026, at 5:00 PM**. Mr. Bral, Ms. Bement, and Ms. Hale shall dial in by calling (646) 453-4442 and entering the Phone Conference ID: **525 512 569**, followed by the pound (#) sign.

      SO ORDERED.

Dated: March 16, 2026
       New York, New York

                            ARUN SUBRAMANIAN
                          United States District Judge