UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE BEMENT,

                         Plaintiff,

         -against-                                    25-CV-1280 (AS)

ASTRAZENECA PHARMACEUTICALS LP,                       ORDER

                         Defendants.

ARUN SUBRAMANIAN, United States District Judge:

As discussed on the record at the Court's March 19, 2026 remote hearing, counsel for plaintiff shall transfer all case materials to plaintiff by 6:00 PM on Friday, March 20, 2026. Counsel shall file on the docket that all materials have been transferred, including all discovery produced by defendant. After doing so, and after all counsel for plaintiff have filed motions to withdraw, the Court will grant the motions. Plaintiff's counsel stated at the hearing that they will not assert a charging lien in this case.

To allow plaintiff to retain new counsel, this case is hereby STAYED for 60 days, until May 19, 2026. If plaintiff has not retained new counsel by that date, then she will proceed *pro se*. Within seven days of May 19, 2026, the parties shall meet and confer to discuss next steps, including outstanding discovery requests, plaintiff's deposition, and plaintiff's examination with defendant's expert.

SO ORDERED.
New York, New York
Dated: March 20, 2026

_____
ARUN SUBRAMANIAN
United States District Judge