

299 Broadway, Suite 800
New York, New York 10007

(212) 233-3900

evan@brusteinlaw.com
www.brusteinlaw.com

May 22, 2026

**BY ECF**
Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

re: Bement v. AstraZeneca Pharmaceuticals LP 25-CV-1280 (AS)

Dear Judge Subramanian,

My office represents Plaintiff Nicole Bement, in this action. In that capacity, I write to request a thirty-day extension of the deadline to advise the Court of the proposed dates for the remaining stages of this case from May 26, 2026 until June 25, 2026. Counsel for Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") consents to this request. The reason for this request is that my firm was just retained as counsel in this matter and there has already been extensive paper discovery exchanged between the parties and it will take time to familiarize myself with the case file so that I can properly meet and confer with counsel for AstraZeneca about the outstanding discovery. This is the first such request for an extension.

Plaintiff thanks the court for its consideration herein.

GRANTED. The May 26, 2026 deadline is hereby extended to June 25, 2026. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 63.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 26, 2026

Respectfully submitted,

/s/Evan Brustein

Evan Brustein
BRUSTEIN LAW PLLC
299 Broadway, Suite 800
New York, New York 10007
Telephone: (212) 233-3900
Facsimile: (347) 786-6784

Email: evan@brusteinlaw.com
*Attorneys for Plaintiff*

cc:    All parties (via ECF)